UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Joseph Vanderheyden, | Civil File No. 08-cv-577 ADM/JSM |
| Plaintiff, | |
| vs. | STIPULATION OF DISMISSAL WITH PREJUDICE |
| Redline Recovery Services, LLC, | |
| Defendant. | |

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

**SCRIMSHIRE, MARTINEAU, GONKO & VAVRECK, PLLC**

Dated: 4/15/08         By   s/Mark L. Vavreck
                            Mark L. Vavreck (License #318619)
                            Attorneys for Plaintiff
                            401 North Third Street, Suite 600
                            Minneapolis, MN  55401
                            (612) 659-9500

**BASSFORD REMELE**
*A Professional Association*

Dated: 4/14/08         By   s/Michael A. Klutho
                            Michael A. Klutho (License #186302)
                            Attorneys for Defendant
                            33 South Sixth Street, Suite 3800
                            Minneapolis, Minnesota  55402-3707
                            (612) 333-3000