**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Joseph Vanderheyden,                                 **Civil File No. 08-cv-577 ADM/JSM**

      Plaintiff,

vs.                                                                                              **ORDER**

Redline Recovery Services, LLC,

      Defendant.

---

### ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                                           BY THE COURT

Dated:_April 17, 2008                      s/Ann D. Montgomery

                                                The Honorable Ann D. Montgomery
                                                Judge of United States District Court